UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80771-MC-CANNON/Reinhart

**TYRONE T. HOLMES,**

    Petitioner,

v.

**KILOLO KIJAKAZI**,
Acting Commissioner of Social Security,

    Respondent.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Petitioner's Petition to Compel Production Pursuant to Rule 45 of the Federal Rules of Civil Procedure [ECF No. 1]. Petitioner seeks an order compelling the Social Security Administrator to (1) provide information to Petitioner regarding the payee of his brother's social security benefits; and (2) provide proof of life as to his brother [ECF No. 1. p. 1]. Following referral [ECF No. 5], Judge Reinhart issued a Report and Recommendation on July 17, 2023, recommending that the Petition be dismissed for lack of subject matter jurisdiction [ECF No. 6]. Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the parties had until July 31, 2023, to file objections to the Report [ECF No. 6]. The Report explicitly warned the parties of the consequences of failing to object. Fed. R. Civ. P. 72; 11th Cir. R. 3-1. To date, no party has filed objections to the Report, and the time to do so has expired.

    To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation

CASE NO. 23-80771-MC-CANNON/Reinhart

to which objection is made.  *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).  A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1).  To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error of law or fact on the face of the record.  *Macort*, 208 F. App'x at 784; *see also* 28 U.S.C. § 636(b)(1).

Following review, the Court finds the Report to be well reasoned and correct and finds no clear error of law or fact.  For the reasons set forth in the Report [ECF No. 6], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**.
2. The Petition for [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.
3. The Clerk **SHALL MAIL** a copy of this Order to Petitioner at the address below.
4. The Clerk **SHALL CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of August 2023.

*[signature]*
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

　　　Tyrone T. Holmes
　　　P.O. Box 46665
　　　Tampa, Florida 33646
　　　PRO SE